UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEIL HOLDER,

                       Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 4994 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 2 2 2006 ★

P.M.
TIME A.M.

       An Order of Honorable John Gleeson, United States District Judge, having been filed on August 18, 2006, granting the Commissioner's motion for judgment on the pleadings; it is

       ORDERED and ADJUDGED plaintiff take nothing of the defendant; and that the Commissioner's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
         August 18, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
Chief Deputy